Supreme Court, New York Special Term, December 29, 1897. Unreported.

In the Matter of the Petition of HENRY H. LYMAN, to Revoke a Liquor Tax Certificate of THE SHENANDOAH SOCIAL CLUB.

STOVER, J. This application comes within the rule as laid down in the case of the True Friends Social Club, with the additional finding that it is a disorderly place, and that the premises occupied by the club are the habitual resort of prostitutes for the purpose of carrying on their illegal business.